AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 09/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Theodore Levin Courthouse
231 W. Lafayette Blvd., Room 649
Detroit, Michigan 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Trustee | Trust #2 RWRT GST A |
| 6. | Trustee | Trust #3 RWRT GST B |
| 7. | Director / President | Family Foundation #1 |
| 8. | Director | Family Foundation #2 |
| 9. | Custodian | Brokerage account #1 UGMA |
| 10. | Custodian | Brokerage account #2 UGMA |
| 11. | Member | Home Properties, LLC |
| 12. | Manager | WWLFAP, LLC |
| 13. | Manager/Member | HBF Investments, LLC |
| 14. | Member | Clay School, LLC |
| 15. | Manager/Member | Unit 610, LLC |
| 16. | Member | White Levin Ventures, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/1981 | Wayne County, Michigan Judicial Pension |
| 2. 01/01/1993 | State of Michigan Judicial Pension |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia Bank | Mortgage on real estate | M |
| 2. LTR 2010 Trust | Promissory Notes | P1 |
| 3. US Trust | Line of Credit | P1 |
| 4. Tri-state | Line of Credit | P1 |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage account #1 (UBS) (H) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) (H) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | K | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - VAFAX | A | Dividend | J | T | | | | | |
| 8. - BTZ | B | Dividend | K | T | | | | | |
| 9. - FRDPX | C | Dividend | L | T | | | | | |
| 10. - SLMCX | E | Dividend | M | T | | | | | |
| 11. - SCAUX | A | Dividend | K | T | | | | | |
| 12. - FIF | B | Dividend | K | T | | | | | |
| 13. Brokerage account #3 (Baird) (H) | | | | | | | | | |
| 14. - NWS | A | Dividend | J | T | | | | | |
| 15. - FOX | A | Dividend | K | T | | | | | |
| 16. - SCAUX | A | Dividend | K | T | | | | | |
| 17. - FRDPX | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - PHSTX | B | Dividend | K | T | | | | | |
| 19. - DIS | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 20. Brokerage account #4 cust UGMA FW (Baird) (H) | | | | | | | | | |
| 21. - ABALX | A | Dividend | J | T | | | | | |
| 22. - VAFAX | B | Dividend | J | T | | | | | |
| 23. - FRBAX | A | Dividend | J | T | | | | | |
| 24. - SCAUX | A | Dividend | J | T | | | | | |
| 25. Brokerage account #5 cust UGMA BW (Baird) (H) | | | | | | | | | |
| 26. - VAFAX | B | Dividend | K | T | | | | | |
| 27. - ABALX | B | Dividend | K | T | | | | | |
| 28. Brokerage account #6 (Chase) (H) | | | | | | | | | |
| 29. - MJLXX | A | Interest | J | T | | | | | |
| 30. - FPFC | | None | J | T | | | | | |
| 31. - GCVRZ (f/n/a GENZ) | | None | J | T | | | | | |
| 32. - MSFT | A | Dividend | J | T | | | | | |
| 33. Brokerage account #8 (Ameriprise) (H) | | | | | | | | | |
| 34. - Ameriprise Money Market Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - GE | A | Dividend | K | T | | | | | |
| 36.   - ASEI | A | Dividend | J | T | | | | | |
| 37.   - RCMT | B | Dividend | J | T | | | | | |
| 38.   - SPLV | A | Dividend | J | T | | | | | |
| 39.   Brokerage account #9 (Oppenheimer) (H) | | | | | | | | | |
| 40.   - ADLXX | | None | | | Sold | 01/02/19 | K | | |
| 41.   - MRVL | A | Int./Div. | J | T | | | | | |
| 42.   401k and 457 State of Michigan (H) | | | | | | | | | |
| 43.   - SSga S&P 500 Index | | None | M | T | | | | | |
| 44.   - SSga MidCap Index | | None | N | T | | | | | |
| 45.   - SSga Russel 2000 Index | | None | N | T | | | | | |
| 46.   - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 47.   Wayne County Deferred Comp (H) | | | | | | | | | |
| 48.   - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 49.   RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | U | | | | | |
| 50.   Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 51.   Marc Pharmaceutical stock | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #2 RWRT GST A, Trustee | E | Int./Div. | N | U | | | | | |
| 53. - LP Int RNJH Asso. LTD - see lines 56-81 (H) | | | | | | | | | |
| 54. Trust #3 RWRT GST B, Trustee | E | Int./Div. | N | U | | | | | |
| 55. - LP Int RNJH Asso. LTD - see lines 56-81 (H) | | | | | | | | | |
| 56. RNJH Associates Ltd. (LP Interest) (pro rata share) (H) | | | | | | | | | |
| 57. - Acct # 1 Morgan Stanley Money Fund | A | Int./Div. | L | T | | | | | |
| 58. - - Goldman Sachs Access TRE | A | Int./Div. | K | T | | | | | |
| 59. - - IShares Core US Aggregate | A | Int./Div. | L | T | | | | | |
| 60. - - IShares JP Morgan EM Bond Fd | B | Int./Div. | K | T | | | | | |
| 61. - - IShares S&P Mid Cap 400 Growth | A | Int./Div. | K | T | | | | | |
| 62. - - IShares Short Maturity Bond (Near) | B | Int./Div. | L | T | Buy (add'l) | 03/08/19 | K | | |
| 63. - - IShares S&P Sm Cap 600 Value | A | Int./Div. | L | T | | | | | |
| 64. - - IShares Sm Cap 600 Growth | A | Int./Div. | L | T | | | | | |
| 65. - - Janus Henderson Sht Dur Inc ETF | C | Int./Div. | L | T | Buy (add'l) | 03/08/19 | K | | |
| 66. - - JPM Diversified RET Intl EQ | B | Int./Div. | K | T | | | | | |
| 67. - - JPMorgan Ultra-Short Inc ETF | B | Int./Div. | L | T | Buy (add'l) | 07/25/19 | K | | |
| 68. - - Pacer Trendpilot US Large Cap | A | Int./Div. | | | Sold | 05/22/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - - Proshares TR S&P 500 DV ARIST (NOBL) | B | Int./Div. | L | T | Buy | 05/14/19 | L | | |
| 70. - - Vanguard Growth ETF (VUG) | B | Int./Div. | M | T | | | | | |
| 71. - - Vanguard Index Funds S&P 500 ETF | B | Int./Div. | M | T | | | | | |
| 72. - - Vanguard Mid Cap Value ETF | B | Int./Div. | L | T | | | | | |
| 73. - - Blackstone Alt Mult-Strat Inst | B | Int./Div. | L | T | | | | | |
| 74. - Hardig Loevner Intl Equity Inst | B | Int./Div. | M | T | | | | | |
| 75. - -Virtus Insight Emerg Mkts I | B | Int./Div. | L | T | | | | | |
| 76. - - Vanguard REIT ETF | B | Int./Div. | K | T | | | | | |
| 77. - - Victoryshares US Large Cap H | C | Int./Div. | M | T | | | | | |
| 78. - -Catalyst Millburn HGD Strat I | B | Int./Div. | K | T | | | | | |
| 79. - - First Eagle Global A | B | Int./Div. | M | T | | | | | |
| 80. - - Franklin K2 Alternative Strtgs ADV (FABZX) | A | Int./Div. | L | T | Buy | 02/05/19 | L | | |
| 81. - - Janus Henderson Flexible Bond I (JFLEX) | B | Int./Div. | L | T | Buy | 02/05/19 | L | | |
| 82. Trust #5 RWLTITHW shared beneficial interest (lines 83-291) | | | | | | | | | |
| 83. - Wells Fargo Acct #1 | A | Interest | J | T | | | | | |
| 84. - - Andeavor Logistics LP | A | Int./Div. | | | Distributed | 07/30/19 | J | | |
| 85. - - Antero Midstream LP Ptns | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - - Archrock Partners, LP | A | Int./Div. | J | T | | | | | |
| 87.  - - Buckeye Partners, LP | A | Int./Div. | | | Sold | 05/10/19 | J | B | |
| 88.  - - Cheniere Energy Inc | A | Int./Div. | J | T | | | | | |
| 89.  - - DCP Midstream LP | A | Int./Div. | | | Sold | 06/07/19 | J | | |
| 90.  - - EQT Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 91.  - - Kinder Morgan Inc DEL | A | Int./Div. | J | T | Buy | 01/08/19 | J | | |
| 92.  - - Enable Midstream Partners LP | A | Int./Div. | | | Sold | 10/23/19 | J | | |
| 93.  - - Enbridge Energy Partners, LP | A | Int./Div. | J | T | | | | | |
| 94.  - - Energy Transfer Partners LP | C | Int./Div. | K | T | | | | | |
| 95.  - - Enlink Midstream Ream Partners, LP | A | Int./Div. | | | Sold | 01/08/19 | J | | |
| 96.  - - Enterprise Prods Partners, LP | B | Int./Div. | K | T | | | | | |
| 97.  - - MPLX LP Com | A | Int./Div. | J | T | | | | | |
| 98.  - - Genesis Energy LP | A | Int./Div. | | | Sold | 10/17/19 | J | | |
| 99.  - - Magellan Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 100.  - - NGL Energy Partners LP | A | Int./Div. | | | Sold | 01/08/19 | J | | |
| 101.  - -Nustart Energy LP | A | Int./Div. | J | T | | | | | |
| 102.  - - Oneok, Inc. New | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - - Pembina Pipeline Corp | A | Int./Div. | J | T | Buy | 10/23/19 | J | | |
| 104.  - - Plains All American Pipeline LP | B | Int./Div. | K | T | | | | | |
| 105.  - - Shell Midstream Partners LP | A | Int./Div. | | | Sold | 01/08/19 | J | | |
| 106.  - - Targa Res Corp Com | A | Int./Div. | J | T | | | | | |
| 107.  - - TC Energy Corp | A | Int./Div. | J | T | Buy | 10/23/19 | J | | |
| 108.  - - Williams Companies, Inc. | B | Int./Div. | K | T | | | | | |
| 109.  - Wells Fargo Acct #2 Money Fund | A | Int./Div. | J | T | | | | | |
| 110.  - - Abbvie, Inc. | A | Int./Div. | K | T | | | | | |
| 111.  - - Altria Group, Inc. | A | Int./Div. | J | T | Sold<br>(part) | 01/09/19 | J | | |
| 112.  - - American Electric Power | A | Int./Div. | | | Sold | 03/04/19 | J | B | |
| 113.  - - AMCOR PLC | A | Int./Div. | J | T | Buy | 02/26/19 | J | | |
| 114.  - - Amgen, Inc. | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 115.  - - Astrazeneca PLC SPON ADR | A | Int./Div. | | | Sold | 01/09/19 | J | A | |
| 116.  - - AT&T, Inc. | A | Int./Div. | K | T | | | | | |
| 117.  - - BCE, Inc. | A | Int./Div. | J | T | | | | | |
| 118.  - - BP PLC Spons ADR | A | Int./Div. | J | T | | | | | |
| 119.  - - British Amern TOB PLC | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   - - CDN Imperial Bk Commrc | A | Int./Div. | J | T | | | | | |
| 121.   - - Chevron Corp | A | Int./Div. | K | T | | | | | |
| 122.   - - Cisco Systems, Inc. | A | Int./Div. | J | T | Buy | 11/20/19 | J | | |
| 123.   - -Coca Cola Company | A | Int./Div. | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 124.   - - Crown Castle Intl | A | Int./Div. | | | Sold | 03/22/19 | K | C | |
| 125.   - - Dominion Res Inc. VA (n/k/a Dominion Energy Inc.) | A | Int./Div. | J | T | | | | | |
| 126.   - - Duke Energy Corp | A | Int./Div. | K | T | | | | | |
| 127.   - - Enbridge Inc. | A | Int./Div. | J | T | Buy | 02/18/19 | J | | |
| 128.   - - Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 129.   - - Gilead Sciences Inc. | A | Int./Div. | J | T | Buy | 01/23/19 | J | | |
| 130.   - - General Mills Inc. | A | Int./Div. | | | Sold | 04/24/19 | J | | |
| 131.   - - GlaxoSmithKline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 132.   - - HuntingtonBancshares Inc. | A | Int./Div. | J | T | | | | | |
| 133.   - - Invesco Ltd. | A | Int./Div. | J | T | | | | | |
| 134.   - - Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 135.   - - Lyondell Basell Industriesf | A | Int./Div. | J | T | Buy | 09/06/19 | J | | |
| 136.   - - Kraft Heinz Co | A | Int./Div. | | | Sold | 02/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - - National Grid PLC | A | Int./Div. | J | T | | | | | |
| 138.  - - Occidental Pete Corp | A | Int./Div. | J | T | | | | | |
| 139.  - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 140.  - - Pfizer Inc. | A | Int./Div. | K | T | Buy | 06/25/19 | K | | |
| 141.  - - Philip Morris Intl | A | Int./Div. | K | T | | | | | |
| 142.  - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 143.  - - PPL Corp | A | Int./Div. | J | T | | | | | |
| 144.  - - Procter & Gamble Co | A | Int./Div. | | | Sold | 03/04/19 | J | B | |
| 145.  - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 146.  - - Regions Financial Corp | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 147.  - - Royal Dutch Shell PLC | A | Int./Div. | J | T | Buy | 01/23/19 | J | | |
| 148.  - - Southern Company | A | Int./Div. | J | T | | | | | |
| 149.  - - Total S.A. Spons ADR | A | Int./Div. | | | Sold | 05/14/19 | J | | |
| 150.  - - TC Energy Corp | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 151.  - - United Parcel Service - B UPS | A | Int./Div. | J | T | | | | | |
| 152.  - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 153.  - - Verizon Communications | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - - Vodafone Group PLC New | A | Int./Div. | J | T | | | | | |
| 155.   - - Welltower, Inc. | A | Int./Div. | J | T | | | | | |
| 156.   - Wells Fargo Acct #3 Money Fund | A | Interest | K | T | | | | | |
| 157.   - - A O Smith | A | Int./Div. | J | T | Buy | 02/13/19 | J | | |
| 158.   - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 159.   - - Alcon Inc. | | None | J | T | Buy | 07/26/19 | J | | |
| 160.   - - Amdocs Ltd | A | Int./Div. | J | T | Buy | 01/16/19 | J | | |
| 161.   - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 162.   - -Apple, Inc. | A | Int./Div. | J | T | | | | | |
| 163.   - - Baxter International | A | Int./Div. | | | Sold | 05/01/19 | J | B | |
| 164.   - - BB&T Corp | A | Int./Div. | | | Distributed | 12/09/19 | J | | |
| 165.   - -Berkshire Hathaway Inc. Ser B | A | Int./Div. | J | T | | | | | |
| 166.   - - Biogen, Inc. | | None | | | Sold | 04/22/19 | J | | |
| 167.   - - Booz Allen Hamilton Holding Co | A | Int./Div. | J | T | | | | | |
| 168.   - - Boston Scientific Corp | | None | J | T | | | | | |
| 169.   - - BP PLC Spons ADR | A | Int./Div. | J | T | | | | | |
| 170.   - - BWX Technologies Co | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 171.  - - CDK Global Holdings | A | Int./Div. | J | T | | | | | |
| 172.  - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 173.  - - Cinemark Holdings, Inc. | A | Int./Div. | J | T | | | | | |
| 174.  - - Comcast Corp. New CL A | A | Int./Div. | J | T | | | | | |
| 175.  - - Conduent Inc. | | None | | | Sold | 05/17/19 | J | | |
| 176.  - - Corteva Inc. | A | Int./Div. | J | T | Buy | 06/03/19 | J | | |
| 177.  - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 178.  - - Dupont De Nemours, Inc. (fna Dow Dupont, Inc. | A | Int./Div. | J | T | | | | | |
| 179.  - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 180.  - - EBAY, Inc. | A | Int./Div. | J | T | | | | | |
| 181.  - - Everest RE Group Ltd | A | Int./Div. | J | T | | | | | |
| 182.  - - Federated Investments Inc. CL B | A | Int./Div. | | | Sold | 04/22/19 | J | A | |
| 183.  - - First American Finl Corp | A | Int./Div. | J | T | | | | | |
| 184.  - - First Hawaiian Inc. | A | Int./Div. | J | T | | | | | |
| 185.  - - FISERVE Inc. | | None | J | T | Buy | 07/25/19 | J | | |
| 186.  - - Glaxosmithkline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 187.  - - Hasbro, Inc. | A | Int./Div. | J | T | Buy | 11/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - - Hexcel Corp | A | Int./Div. | J | T | | | | | |
| 189.  - - Huntington Bancshares, Inc. | A | Int./Div. | J | T | | | | | |
| 190.  - - Huntsman Corp | A | Int./Div. | J | T | | | | | |
| 191.  - - IAA Inc. | | None | J | T | Buy | 06/28/19 | J | | |
| 192.  - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 193.  - - Lamar Advertising Co | A | Int./Div. | J | T | | | | | |
| 194.  - - Lowes Companies Inc. | A | Int./Div. | J | T | Buy | 07/15/19 | J | | |
| 195.  - - M&T Bank Corp | A | Int./Div. | J | T | | | | | |
| 196.  - - Marathon Petroleum corp | A | Int./Div. | J | T | Buy | 07/15/19 | J | | |
| 197.  - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 198.  - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 199.  - - Mondelez Intl Inc | A | Int./Div. | J | T | | | | | |
| 200.  - - Nuvasive Inc | | None | J | T | | | | | |
| 201.  - - Occidental Pete Corp | A | Int./Div. | | | Sold | 10/02/19 | J | | |
| 202.  - - Parker-Hannifin Corp | A | Int./Div. | J | T | Buy | 01/23/19 | J | | |
| 203.  - - Paypal Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 204.  - - Pfizer Inc | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  - - Pioneer Nat Res Co | A | Int./Div. | J | T | | | | | |
| 206.  - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 207.  - - Proctor & Gamble Co. | A | Int./Div. | J | T | | | | | |
| 208.  - - Royal Dutch Shell PLC | A | Int./Div. | J | T | | | | | |
| 209.  - - SS&C Technologies | A | Int./Div. | J | T | Buy | 09/12/19 | J | | |
| 210.  - - Sabra Health Care Reit | A | Int./Div. | | | Sold | 03/01/19 | J | | |
| 211.  - - Store Capital Corp | A | Int./Div. | J | T | | | | | |
| 212.  - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 213.  - - TE Connectivity Ltd | A | Int./Div. | J | T | Buy | 01/16/19 | J | | |
| 214.  - - Truist Finl Corp TFC | A | Int./Div. | J | T | Buy | 12/09/19 | J | | |
| 215.  - - Ulta Beauty Inc. | | None | J | T | Buy | 10/31/19 | J | | |
| 216.  - - Unilever NV | A | Int./Div. | J | T | | | | | |
| 217.  - - United Bankshares Inc. | A | Int./Div. | J | T | | | | | |
| 218.  - - United Parcel Service - B | A | Int./Div. | | | Sold | 02/27/19 | J | A | |
| 219.  - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 220.  - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 221.  - - Waters Corp. | | None | J | T | Buy | 07/02/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.   - - Wells Fargo & Co New | A | Int./Div. | | | Sold | 01/23/19 | J | | |
| 223.   - - Welltower, Inc. | A | Int./Div. | | | Sold | 01/10/19 | J | | |
| 224.   - - Woodward Inc. | A | Int./Div. | J | T | | | | | |
| 225.   - - Zimmer Biomet Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 226.   - - 3M Co. | A | Int./Div. | J | T | | | | | |
| 227.   - Wells Fargo Acct #4 Money Fund | A | Interest | J | T | | | | | |
| 228.   - - Alphabet Inc CL A | | None | J | T | | | | | |
| 229.   - - Amphenol Corp | A | Int./Div. | J | T | | | | | |
| 230.   - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 231.   - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 232.   - - Berkshire Hathaway Inc. | A | Int./Div. | | | Sold | 05/15/19 | J | B | |
| 233.   - - Booking Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 234.   - -Broadridge Financial Solutions | A | Int./Div. | J | T | | | | | |
| 235.   - - Cerner Corp. | | None | | | Sold | 03/01/19 | J | | |
| 236.   - - Checkpoint Software Tech | | None | J | T | | | | | |
| 237.   - - Constellation Brands Inc. CL A | | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 238.   - - Cognizant Technology | A | Int./Div. | | | Sold | 07/16/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 240.  - - Disney Walt Company | A | Int./Div. | J | T | | | | | |
| 241.  - - Dollar Tree Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 242.  - - Ecolab Inc. | A | Int./Div. | | | Sold | 08/01/19 | J | C | |
| 243.  - - Facebook, Inc. CL A | | None | J | T | | | | | |
| 244.  - - Fastenal Co. | A | Int./Div. | | | Sold | 02/08/19 | J | B | |
| 245.  - - Fleetcor Technologies | | None | J | T | | | | | |
| 246.  - - Fortune Brands Home & Security | A | Int./Div. | J | T | | | | | |
| 247.  - - Intuit Inc. | A | Int./Div. | J | T | | | | | |
| 248.  - - Littlefuse, Inc. | A | Int./Div. | J | T | | | | | |
| 249.  - - Lowes Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 250.  - - Markel Corp | | None | J | T | | | | | |
| 251.  - - Mastercard Inc. CL A | A | Int./Div. | J | T | | | | | |
| 252.  - - Middleby Corp | A | Int./Div. | J | T | | | | | |
| 253.  - - Novo Nordisk AS ADR | A | Int./Div. | | | Sold | 02/06/19 | J | A | |
| 254.  - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 255.  - - Phillips 66 | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.   - - S&P Global, Inc. | A | Int./Div. | J | T | | | | | |
| 257.   - - Sherwin Williams Co. | A | Int./Div. | J | T | | | | | |
| 258.   - - Thermo Fisher Scientific Inc. | A | Int./Div. | J | T | Buy | 02/06/19 | J | | |
| 259.   - - TJX Cos Inc. New | A | Int./Div. | J | T | | | | | |
| 260.   - - Ulta Beauty, Inc. | | None | J | T | Buy | 08/27/19 | J | | |
| 261.   - -Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 262.   - - US Foods Holdings Corp | | None | J | T | Buy | 10/21/19 | J | | |
| 263.   - - Wells Fargo & Co New | A | Int./Div. | J | T | | | | | |
| 264.   - - Western Alliance Bancorp | | None | J | T | | | | | |
| 265.   - - Zebra Technologies Corp | | None | J | T | Buy | 08/07/19 | J | | |
| 266.   - - Brokerage Account - Morgan Stanley<br>Money Fund | A | Interest | K | T | | | | | |
| 267.   - - Goldman Sachs Access Tre | A | Int./Div. | J | T | | | | | |
| 268.   - - IShares Core US Aggregate | A | Interest | K | T | | | | | |
| 269.   - - Harding Loevner Intl Equity Inst | A | Interest | K | T | | | | | |
| 270.   - - IShares JP Morgan EM Bond Fd | A | Interest | J | T | | | | | |
| 271.   - - IShares S&P Sm Cap 600 Val | A | Interest | K | T | | | | | |
| 272.   - - IShares Short Maturity Bond | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - - IShares Sm Cap 600 Growth | A | Interest | K | T | | | | | |
| 274.  - - IShares S&P Mid Cap 400 Growth | A | Interest | K | T | | | | | |
| 275.  - - Janus Henderson Sht Dur Inc ETF | A | Interest | K | T | | | | | |
| 276.  - - JPM Diversified RET Intl EQ | A | Interest | K | T | | | | | |
| 277.  - - JPMorgan Ultra-Short Inc ETF | A | Interest | K | T | | | | | |
| 278.  - - Proshares TR S&P 500 DV ARIST (NOBL) | A | Interest | K | T | Buy | 05/14/19 | K | | |
| 279.  - - Pacer Trendpilot US Large CAP | A | Interest | | | Sold | 03/08/19 | K | A | |
| 280.  - - Vanguard Growth ETF | A | Interest | K | T | | | | | |
| 281.  - - Vanguard Index Funds S&P 500 ETF | B | Interest | L | T | | | | | |
| 282.  - - Vanguard Mid Cap Value ETF | A | Interest | K | T | | | | | |
| 283.  - - VictoryShares US Larg Cap | B | Interest | K | T | | | | | |
| 284.  - - Blackstone Alt Mult-Strat Inst | A | Interest | K | T | | | | | |
| 285.  - - Catalyst Millburn Hgd Strat I | A | Interest | J | T | | | | | |
| 286.  - - First Eagle Global A | A | Interest | K | T | | | | | |
| 287.  - - Franklin K2 Alternative Strtgs ADV | A | Interest | K | T | Buy | 02/05/19 | K | | |
| 288.  - - Vanguard REIT | A | Interest | J | T | | | | | |
| 289.  - - Janus Henderson Flexible Bond I (JFLEX) | A | Interest | K | T | Buy | 02/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  - - Virtus Insight Emerging Markets I | A | Interest | K | T | | | | | |
| 291.  - - Symetra Universal Life Insurance Policy | B | Interest | M | U | | | | | |
| 292.  Condominium in Snowmass, Colorado | D | Rent | O | W | | | | | |
| 293.  Residential property - Snowmass, CO | E | Rent | P1 | W | | | | | |
| 294.  NJH Associates, Partner (New York, NY)<br>(lines 295-299) | | | | | | | | | |
| 295.  - BJW Associates Real Estate NYC | G | Rent | P1 | W | | | | | |
| 296.  - First Sutton Assoc Real Estate NYC | C | Rent | K | W | | | | | |
| 297.  - Asbury Plaza Venture, Real Estate,<br>Chicago | E | Rent | O | W | | | | | |
| 298.  - Lincoln Terrace Assoc. NYC | E | Rent | L | W | | | | | |
| 299.  NJHA Assoc., Partner | A | Interest | J | W | | | | | |
| 300.  4400 University Ltd Partnership | G | Distribution | | | Distributed | 12/31/19 | M | | |
| 301.  2001 Trust, shared beneficial interest (lines<br>302-311) (H) | | | | | | | | | |
| 302.  - - JPM Cash / Money Funds | D | Interest | O | T | | | | | |
| 303.  - - JPM Private Equity (see lines 307-314) | | | | | | | | | |
| 304.  - - JPM Tax Free MM | B | Interest | L | T | | | | | |
| 305.  - - PEG Digital Growth Fund II, LP | F | Int./Div. | O | T | | | | | |
| 306.  - - Apollo EPF III Private Investors LLC | B | Int./Div. | L | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. - - Kona III Private Investors, LLC | E | Int./Div. | M | U | | | | | |
| 308. - - PEG Secondary Private Equity Investors III LP | C | Int./Div. | M | T | | | | | |
| 309. - - PEG Secondary Private Equity Investors LLC | B | Int./Div. | L | U | | | | | |
| 310. - - SLP V Private Investors LLC | | None | L | U | | | | | |
| 311. - Vintage 2014 Private Investments, LLC | B | Int./Div. | M | U | | | | | |
| 312. 2006 Trust, shared beneficial interest (H) | | | | | | | | | |
| 313. - - JPM Cash/Money Funds | A | Interest | J | T | | | | | |
| 314. 2007 Trust, shared beneficial interest (lines 315-318) (H) | | | | | | | | | |
| 315. - - JPM Cash/Money Funds | B | Interest | O | T | | | | | |
| 316. - - AP IXZ (APAX) Private Investors | D | Int./Div. | M | T | | | | | |
| 317. - - Apollo EPF III Private Investors LLC | D | Int./Div. | M | U | | | | | |
| 318. - - PEG Secondary Private Equity Investors, LLC | D | Int./Div. | M | U | | | | | |
| 319. LTR 2010 Trust, shared beneficial interest-lines 320-859 (H) | | | | | | | | | |
| 320. - - RAI SPV2, LLC | | None | O | U | | | | | |
| 321. - - Residential Fund 321, LLC | | None | J | U | | | | | |
| 322. - - NADG NNN Property Fund | D | Int./Div. | M | T | | | | | |
| 323. - - NADG US Supermarket Anchored Fund | G | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.   - - NADG Real Estate Opportunity Fund | F | Interest | M | T | | | | | |
| 325.   - - Ann Arbor Realty Ventures, LP | | None | L | T | | | | | |
| 326.   - - Suvola Corp. | | None | L | T | | | | | |
| 327.   - - (H) Lincoln Life Ins Policy;Variable Life;Insured: HW | | | | | | | | | |
| 328.   - - - LVIP Vanguard Domestic Equity (789) | A | Int./Div. | K | T | | | | | |
| 329.   - - - - -AM Fds Growth-Inc Fund (C2) (853) | A | Int./Div. | K | T | | | | | |
| 330.   - - - Del VIP REIT Series (Std Cls) (856) | A | Int./Div. | K | T | | | | | |
| 331.   - - - LVIP GlobalMod Alloc MR SC (957) | A | Int./Div. | O | T | | | | | |
| 332.   - - Triarq Health Corp. | F | Int./Div. | N | T | | | | | |
| 333.   - - Loans Receivable from HW | A | Interest | P1 | T | | | | | |
| 334.   - - NADG US Core Plus Acquisition Fund | F | Int./Div. | N | T | | | | | |
| 335.   - - Loan to Unit 610, LLC | | None | N | U | | | | | |
| 336.   - - Worthington Wood Apartments, LLC | D | Distribution | L | U | | | | | |
| 337.   - - South University North, LLC | | None | K | U | | | | | |
| 338.   - - Eastham Capital Fund | D | Distribution | K | T | | | | | |
| 339.   - - Northern Trust checking acct | A | Interest | M | T | | | | | |
| 340.   - - Northern Trust Investment Account (see lines 341 - 829) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 342. - - Abbvie, Inc. | A | Int./Div. | J | T | | | | | |
| 343. - - Accenture PLC SHS CL A New | A | Int./Div. | J | T | | | | | |
| 344. - - Activision Blizzard, Inc. | A | Int./Div. | J | T | | | | | |
| 345. - - Adobe Systems | | None | J | T | | | | | |
| 346. - - Aflac, Inc. | A | Int./Div. | J | T | | | | | |
| 347. - - Air Products and Chemicals | A | Int./Div. | J | T | | | | | |
| 348. - - Alexion Pharmaceuticals | | None | J | T | | | | | |
| 349. - - Allergan PLC | A | Int./Div. | J | T | | | | | |
| 350. - - Allstate Corp | A | Int./Div. | J | T | | | | | |
| 351. - - Alphabet, Class A | | None | K | T | | | | | |
| 352. - - Alphabet, Class C | | None | K | T | | | | | |
| 353. - Altria Group | A | Int./Div. | J | T | | | | | |
| 354. - -Amazon, Inc. | | None | K | T | | | | | |
| 355. - - American Electric Power, Inc. | A | Int./Div. | J | T | | | | | |
| 356. - - American Express Co. | A | Int./Div. | J | T | | | | | |
| 357. - - American International Group | A | Int./Div. | J | T | Buy | 05/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  - - American Tower Corp | A | Int./Div. | J | T | | | | | |
| 359.  - - AmerisourceBergen Corp | A | Int./Div. | J | T | Buy | 10/03/19 | J | | |
| 360.  - - Amgen, Inc. | A | Int./Div. | J | T | | | | | |
| 361.  - - Amphenol Corp New CL A | A | Int./Div. | J | T | | | | | |
| 362.  - - Anadarko Petroleum Corp | A | Int./Div. | | | Sold | 02/08/19 | J | | |
| 363.  - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 364.  - - Anthem, Inc. | A | Int./Div. | J | T | | | | | |
| 365.  - - AON PLC | A | Int./Div. | J | T | | | | | |
| 366.  - - Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 367.  - - Applied Materials, Inc. | A | Int./Div. | J | T | | | | | |
| 368.  - - Archer Daniels Midland Co. | A | Int./Div. | J | T | | | | | |
| 369.  - - AT&T, Inc. | A | Int./Div. | J | T | | | | | |
| 370.  - - Autodesk, Inc. | A | Int./Div. | J | T | | | | | |
| 371.  - - Automatic Data Processing | A | Int./Div. | J | T | | | | | |
| 372.  - - Autozone, Inc. | | None | J | T | | | | | |
| 373.  - - Avalon Bay Communities | A | Int./Div. | J | T | | | | | |
| 374.  - - Baker Hughes, Inc. | A | Int./Div. | | | Sold | 08/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - - Bank New York Mellon | A | Int./Div. | J | T | | | | | |
| 376.  - - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 377.  - - Baxter International, Inc. | A | Int./Div. | J | T | | | | | |
| 378.  - - BB&T Corp | A | Int./Div. | | | Sold | 02/28/19 | J | | |
| 379.  - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 380.  - - Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 381.  - -Biogen Idec, Inc. | | None | J | T | | | | | |
| 382.  - - Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 383.  - - Boeing Co. | A | Int./Div. | J | T | | | | | |
| 384.  - - Bookings Holdings | | None | J | T | | | | | |
| 385.  - - Boston Scientific Corp | | None | J | T | | | | | |
| 386.  - -Bristol Myers Squibb | A | Int./Div. | J | T | | | | | |
| 387.  - -Broadcom Corp CL A | A | Int./Div. | J | T | | | | | |
| 388.  - - Capital One Financial | A | Int./Div. | J | T | | | | | |
| 389.  - - Carnival Corp. | A | Int./Div. | J | T | | | | | |
| 390.  - -Caterpillar, Inc. | A | Int./Div. | J | T | | | | | |
| 391.  - -Celgene Corp | | None | | | Sold | 06/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  - - Charter Communications Inc. | None | | J | T | | | | | |
| 393.  - - Cerner Corp | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 394.  - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 395.  - - Chubb Corp | A | Int./Div. | J | T | | | | | |
| 396.  - - Cigna Corp | A | Int./Div. | J | T | | | | | |
| 397.  - - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 398.  - - Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 399.  - - CME Group, Inc. | A | Int./Div. | J | T | | | | | |
| 400.  - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 401.  - - Cognizant Technology Solutions | None | | J | T | | | | | |
| 402.  - -Colgate-Palmolive Co. | A | Int./Div. | J | T | | | | | |
| 403.  - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 404.  - - Concho Res Inc. | None | | J | T | | | | | |
| 405.  - - Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 406.  - - Consolidated Edison | A | Int./Div. | J | T | | | | | |
| 407.  - - Constellation Brands | A | Int./Div. | J | T | | | | | |
| 408.  - - Corning, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  - - Corteva, Inc. | A | Int./Div. | J | T | Buy | 06/14/19 | J | | |
| 410.  - -Costco Wholesale Corp | A | Int./Div. | J | T | | | | | |
| 411.  - - Crown Castle Int'l | A | Int./Div. | J | T | | | | | |
| 412.  - - CSX Corp | A | Int./Div. | J | T | | | | | |
| 413.  - -Cummins, Inc. | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 414.  - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 415.  - -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 416.  - - Deere & Co. | A | Int./Div. | J | T | | | | | |
| 417.  - - Delta Air Lines | A | Int./Div. | J | T | | | | | |
| 418.  - - Digital Rlty TR | A | Int./Div. | | | Sold | 06/05/19 | J | A | |
| 419.  - -Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 420.  - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 421.  - - Dollar Tree, Inc. | | None | J | T | | | | | |
| 422.  - - Dominion Energy (fna Dominion Resources) | A | Int./Div. | J | T | | | | | |
| 423.  - - Dow Dupont (fna Dow Chemical) | A | Int./Div. | J | T | | | | | |
| 424.  - - Duke Energy Corp New | A | Int./Div. | J | T | | | | | |
| 425.  - -Dupont De Nemours, Inc. | A | Int./Div. | J | T | Buy | 02/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  - - DXE Technology Co | A | Int./Div. | J | T | | | | | |
| 427.  - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 428.  - - EBay, Inc. | | None | J | T | | | | | |
| 429.  - -Ecolab, Inc. | A | Int./Div. | J | T | | | | | |
| 430.  - - Edison Int'l | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 431.  - - Electronic Arts | | None | J | T | | | | | |
| 432.  - - Eli Lilly & Co | A | Int./Div. | J | T | | | | | |
| 433.  - Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 434.  - - EOG Resources | A | Int./Div. | J | T | | | | | |
| 435.  - - Equity Residential | A | Int./Div. | J | T | | | | | |
| 436.  - -Estee Lauder Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 437.  - - Exelon Corp | A | Int./Div. | J | T | | | | | |
| 438.  - -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 439.  - -Facebook, Inc. | | None | K | T | | | | | |
| 440.  - - FedEx Corp | A | Int./Div. | J | T | | | | | |
| 441.  - - Fidelity National Inf Svc | A | Int./Div. | J | T | | | | | |
| 442.  - - Fifth Third Bancorp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.   - - Fiserve, Inc. | | None | J | T | | | | | |
| 444.   - - Fleetcor Technologies | | None | J | T | | | | | |
| 445.   - - Ford Motor Co Del | A | Int./Div. | | | Sold | 10/03/19 | J | | |
| 446.   - - Fortive Corp | A | Int./Div. | J | T | | | | | |
| 447.   - - Franklin Res, Inc. | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 448.   - - Freeport McMoran, Inc. | A | Int./Div. | J | T | | | | | |
| 449.   - - General Dynamics Corp | A | Int./Div. | J | T | | | | | |
| 450.   - - General Electric Co | A | Int./Div. | K | T | | | | | |
| 451.   - - General Mills, Inc. | A | Int./Div. | J | T | | | | | |
| 452.   - - General Motors Co. | A | Int./Div. | J | T | | | | | |
| 453.   - -Gilead Sciences, inc. | A | Int./Div. | J | T | | | | | |
| 454.   - - Goldman Sachs Group Inc. | A | Int./Div. | J | T | | | | | |
| 455.   - - Halliburton Co | A | Int./Div. | J | T | | | | | |
| 456.   - - Hershey Company | A | Int./Div. | J | T | | | | | |
| 457.   - - Hess Corp Com | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 458.   - - Hewlett Packard Ent | A | Int./Div. | J | T | | | | | |
| 459.   - - Hilton Worldwide Holdings | A | Int./Div. | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.   - - Home Depot, Inc. | A | Int./Div. | J | T | | | | | |
| 461.   - - Honeywell Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 462.   - - HP Inc. | A | Int./Div. | J | T | | | | | |
| 463.   - - Humana, Inc. | A | Int./Div. | J | T | | | | | |
| 464.   - - Huntington Bancshares | A | Int./Div. | J | T | | | | | |
| 465.   - - IHS Markit | | None | | | Sold | 06/05/19 | J | A | |
| 466.   - - Illinois Tool Works | A | Int./Div. | J | T | | | | | |
| 467.   - - Illumina Inc. | | None | J | T | | | | | |
| 468.   - - Ingersoll-Rand PLC | A | Int./Div. | J | T | | | | | |
| 469.   - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 470.   - - Intercontinental Exchange Group | A | Int./Div. | J | T | | | | | |
| 471.   - - International Business Machines | A | Int./Div. | J | T | | | | | |
| 472.   - - International Paper Co. | A | Int./Div. | | | Sold | 10/03/19 | J | | |
| 473.   - - Intuit | A | Int./Div. | J | T | | | | | |
| 474.   - - Intiutive Surgical | | None | J | T | | | | | |
| 475.   - - Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 476.   - - Johnson Controls, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - - JPMorgan Chase & Co. | A | Int./Div. | K | T | | | | | |
| 478.  - - Kellogg Co | A | Int./Div. | J | T | | | | | |
| 479.  - -Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 480.  - Kinder Morgan Inc. | A | Int./Div. | J | T | | | | | |
| 481.  - - Kraft Heinz Co | A | Int./Div. | J | T | | | | | |
| 482.  - - Kroger Co | A | Int./Div. | | | Sold | 05/28/19 | J | A | |
| 483.  - - Lam Resh Corp | A | Int./Div. | J | T | | | | | |
| 484.  - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 485.  - - Lowes Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 486.  - -Lyondellbasell Industries | A | Int./Div. | J | T | | | | | |
| 487.  - - L3Harris Technologies Inc. | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 488.  - - M&T Bk Corp | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 489.  - -Marathon Pete Corp | A | Int./Div. | J | T | | | | | |
| 490.  - - Marriott Int'l | A | Int./Div. | J | T | | | | | |
| 491.  - - Marsh & McLennan Co's | A | Int./Div. | J | T | | | | | |
| 492.  - -Mastercard, Inc. | A | Int./Div. | J | T | | | | | |
| 493.  - - McDonalds Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. - - McKesson Corp | A | Int./Div. | | | Sold | 10/03/19 | J | | |
| 495. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 496. - - Merck & Co | A | Int./Div. | J | T | | | | | |
| 497. - - MetLife, Inc. | A | Int./Div. | J | T | | | | | |
| 498. - - MFB Northern FDS Stk Index Fund | A | Int./Div. | | | Sold | 01/29/19 | K | | |
| 499. - - MFB Northern Multi Manager Global | A | Int./Div. | | | Sold | 03/28/19 | L | | |
| 500. - - MFC IShares Trust Global Infrastructure | B | Int./Div. | K | T | | | | | |
| 501. - - MGM Resorts Intl | A | Int./Div. | J | T | | | | | |
| 502. - - Micron Technology Inc. | | None | J | T | | | | | |
| 503. - -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 504. - - Mondelez Int'l | A | Int./Div. | J | T | | | | | |
| 505. - - Monster Beverage | | None | J | T | | | | | |
| 506. - - Moody's Corp | A | Int./Div. | J | T | | | | | |
| 507. - - Morgan Stanley | A | Int./Div. | J | T | | | | | |
| 508. - - Netflix, Inc. | | None | J | T | | | | | |
| 509. - - Nextera Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 510. - -Nike, Inc. Class B | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  - - Noble Energy Inc. | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 512.  - - Norfolk Southern Corp | A | Int./Div. | J | T | | | | | |
| 513.  - - Northrop Grumman Corp | A | Int./Div. | J | T | | | | | |
| 514.  - - Nucor Corp. | A | Int./Div. | J | T | | | | | |
| 515.  - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 516.  - - O'Reilly Automotive | | None | J | T | | | | | |
| 517.  - - Occidential Petroleum | A | Int./Div. | J | T | | | | | |
| 518.  - - Oracle Corp | A | Int./Div. | J | T | | | | | |
| 519.  - - PacCar, Inc. | A | Int./Div. | J | T | | | | | |
| 520.  - - Paychex, Inc. | A | Int./Div. | J | T | | | | | |
| 521.  - - Paypal Holdings, Inc. | | None | J | T | | | | | |
| 522.  - - Pepsico, Inc. | A | Int./Div. | J | T | | | | | |
| 523.  - - Pfizer, Inc. | A | Int./Div. | J | T | | | | | |
| 524.  - - PG&E Corp | A | Int./Div. | | | Sold | 01/15/19 | J | | |
| 525.  - -Philip Morris Intl | A | Int./Div. | J | T | | | | | |
| 526.  - - Phillips 66 | A | Int./Div. | J | T | | | | | |
| 527.  - - Pioneer Natural Resources | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 529.  - - PPG Industries, Inc. | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 530.  - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 531.  - - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 532.  - - Progressive Corp | A | Int./Div. | J | T | | | | | |
| 533.  - - Prologis, Inc. | A | Int./Div. | J | T | | | | | |
| 534.  - - Prudential Financial, Inc. | A | Int./Div. | J | T | | | | | |
| 535.  - - Public Service Ent. Group | A | Int./Div. | | | Sold | 11/18/19 | J | A | |
| 536.  - - Public Storage | A | Int./Div. | J | T | | | | | |
| 537.  - - Qualcomm, Inc. | A | Int./Div. | J | T | | | | | |
| 538.  - - Raython Co | A | Int./Div. | J | T | | | | | |
| 539.  - -Regeneron Pharmaceuticals, Inc. | | None | J | T | | | | | |
| 540.  - - Republic Svcs Inc. | A | Int./Div. | J | T | | | | | |
| 541.  - - Roper Technologies Inc. | A | Int./Div. | J | T | | | | | |
| 542.  - -Ross Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 543.  - - Royal Caribbean Cruises | A | Int./Div. | J | T | | | | | |
| 544.  - - S&P Global Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. - -SalesForce Com, Inc. | | None | J | T | | | | | |
| 546. - - Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 547. - - Schwab Charles Corp | A | Int./Div. | J | T | | | | | |
| 548. - - Seagate Technology PLC | A | Int./Div. | J | T | | | | | |
| 549. - - Sempra Energy Inc | A | Int./Div. | J | T | | | | | |
| 550. - - Simon Property Group, Inc. | A | Int./Div. | | | Sold | 12/17/19 | J | | |
| 551. - - Southern Co. | A | Int./Div. | J | T | | | | | |
| 552. - - Southwest Airlines | A | Int./Div. | J | T | | | | | |
| 553. - - Stanley Black & Decker Inc. | A | Int./Div. | J | T | | | | | |
| 554. - -Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 555. - - State Street Corp. | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 556. - - Stryker Corp | A | Int./Div. | J | T | | | | | |
| 557. - - Sun Trust Banks | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 558. - - Synchrony Financial | A | Int./Div. | J | T | | | | | |
| 559. - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 560. - - Target Corp | A | Int./Div. | J | T | | | | | |
| 561. - - TE Connectivity Ltd | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.   - - Techni CN Comm | A | Int./Div. | J | T | Buy | 12/17/19 | J | | |
| 563.   - - Texas Instruments, Inc. | A | Int./Div. | J | T | | | | | |
| 564.   - - Thermo Fisher Corp | A | Int./Div. | J | T | | | | | |
| 565.   - -TJX Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 566.   - - Travelers Cos. | A | Int./Div. | J | T | | | | | |
| 567.   - - Twenty-First Century Fox, CL A | A | Int./Div. | | | Sold | 04/23/19 | J | | |
| 568.   - - Tyson Foods, Inc. | A | Int./Div. | J | T | | | | | |
| 569.   - - Union PAC Corp | A | Int./Div. | J | T | | | | | |
| 570.   - - United Airlines Holdings Inc. (fnaUnited Contl Holdings | | None | J | T | | | | | |
| 571.   - -United Parcel Svc | A | Int./Div. | J | T | | | | | |
| 572.   - - United Technologies | A | Int./Div. | J | T | | | | | |
| 573.   - - UnitedHealthcare Group | A | Int./Div. | J | T | | | | | |
| 574.   - - US Bancorp | A | Int./Div. | J | T | | | | | |
| 575.   - - VF Corp | A | Int./Div. | J | T | | | | | |
| 576.   - - Valero Energy Corp | A | Int./Div. | J | T | | | | | |
| 577.   - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 578.   - - Verizon Communications | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579.  - - Vertex Pharmaceuticals | | None | J | T | | | | | |
| 580.  - - Visa, Inc. | A | Int./Div. | J | T | | | | | |
| 581.  - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 582.  - - Walgreens Boots Alliance, Inc. | A | Int./Div. | | | Sold | 03/15/19 | J | | |
| 583.  - -Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 584.  - - Waste Management, Inc. | A | Int./Div. | J | T | | | | | |
| 585.  - - Welltower Inc. | A | Int./Div. | J | T | | | | | |
| 586.  - - Western Digital Corp. | A | Int./Div. | J | T | | | | | |
| 587.  - - Wells Fargo & Co New | A | Int./Div. | K | T | | | | | |
| 588.  - - Weyerhaeuser Co. | A | Int./Div. | J | T | | | | | |
| 589.  - - Williams Company | A | Int./Div. | J | T | | | | | |
| 590.  - - XCEL Energy | A | Int./Div. | J | T | | | | | |
| 591.  - -Yum Brands, Inc. | A | Int./Div. | J | T | | | | | |
| 592.  - -Zimmer Biomet Holdings | A | Int./Div. | J | T | | | | | |
| 593.  - - Zoetis, Inc. | A | Int./Div. | J | T | | | | | |
| 594.  - - 3M Co | A | Int./Div. | J | T | | | | | |
| 595.  - - Advance Auto Parts | A | Int./Div. | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  - - AES Corp | A | Int./Div. | J | T | | | | | |
| 597.  - - Agilent Technologies | A | Int./Div. | J | T | | | | | |
| 598.  - - Affiliated Managers Group | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 599.  - - Alaska Air Group, Inc. | A | Int./Div. | J | T | | | | | |
| 600.  - - Albemarle Corp | | None | | | Sold | 08/27/19 | J | | |
| 601.  - - Allegion PLC | A | Int./Div. | J | T | | | | | |
| 602.  - - Alliance Data Sys Corp | A | Int./Div. | J | T | Buy | 07/22/19 | J | | |
| 603.  - - Apache Corp | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 604.  - - Ametek, Inc. | A | Int./Div. | J | T | | | | | |
| 605.  - -Apartment Invt & Mgmt Co | A | Int./Div. | J | T | | | | | |
| 606.  - - Arconic Inc | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 607.  - - Autodesk, Inc. | | None | | | Sold | 02/08/19 | J | | |
| 608.  - - Avery Dennison Corp | A | Int./Div. | J | T | | | | | |
| 609.  - - Ball Corp | A | Int./Div. | J | T | | | | | |
| 610.  - - Best Buy, Inc. | A | Int./Div. | J | T | | | | | |
| 611.  - - Block, H & R, Inc. | A | Int./Div. | J | T | | | | | |
| 612.  - - Borg Warner Inc. | A | Int./Div. | | | Sold | 08/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613.   - - Brown - Forman, Inc. | A | Int./Div. | J | T | | | | | |
| 614.   - - Brighthouse Financial | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 615.   - - CH Robinson Worldwide | A | Int./Div. | J | T | Buy | 12/17/19 | J | | |
| 616.   - -Cabot Oil & Gas Corp | A | Int./Div. | J | T | | | | | |
| 617.   - -Campbell Soup Co. | A | Int./Div. | J | T | Buy | 03/15/19 | J | | |
| 618.   - - Cardinal Health | | None | J | T | | | | | |
| 619.   - - Carmax, Inc. | | None | J | T | | | | | |
| 620.   - - CBOE Global Markets | A | Int./Div. | J | T | | | | | |
| 621.   - - CBRE Group, Inc. | | None | J | T | | | | | |
| 622.   - - Celanese Corp | A | Int./Div. | J | T | | | | | |
| 623.   - - Centene Corp Del | | None | J | T | | | | | |
| 624.   - - Centerpoint Energy | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 625.   - - Century Link Inc. | A | Int./Div. | J | T | | | | | |
| 626.   - -CF Inds Holds, Inc. | A | Dividend | J | T | | | | | |
| 627.   - - Church & Dwight | A | Int./Div. | | | Sold | 02/08/19 | J | | |
| 628.   - - Cimarex Energy | A | Int./Div. | J | T | Buy | 05/28/19 | J | | |
| 629.   - - Cincinnati Financial Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630.  - - Cintas Corp | A | Int./Div. | J | T | | | | | |
| 631.  - - Citizens Financial Group | A | Int./Div. | J | T | | | | | |
| 632.  - - Citrix Systems | | None | J | T | | | | | |
| 633.  - - Clorox Co | A | Int./Div. | J | T | | | | | |
| 634.  - - CMS Energy Corp | A | Int./Div. | J | T | | | | | |
| 635.  - -Comerica, Inc. | A | Int./Div. | J | T | | | | | |
| 636.  - - Conagra Brands Inc. | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 637.  - - Consol Energy Inc. | A | Int./Div. | J | T | | | | | |
| 638.  - - Coty Inc. | A | Int./Div. | J | T | | | | | |
| 639.  - - DR Horton, Inc. | A | Int./Div. | J | T | | | | | |
| 640.  - - Darden Restaurants, Inc. | A | Int./Div. | J | T | | | | | |
| 641.  - - Davita Healthcare Partners | | None | | | Sold | 02/08/19 | J | | |
| 642.  - - Dentsply Int'l | A | Int./Div. | J | T | | | | | |
| 643.  - - Diamondback Energy | A | Int./Div. | J | T | Buy | 04/23/19 | J | | |
| 644.  - - Discovery Inc. | | None | J | T | | | | | |
| 645.  - - Dish Network Corp | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 646.  - - Dover Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  - - DTE Energy Co | A | Int./Div. | J | T | | | | | |
| 648.  - -E Trade Financial | | None | J | T | | | | | |
| 649.  - - Eastman Chemical Co | A | Int./Div. | J | T | | | | | |
| 650.  - - Elanco Animal Health Inc. | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 651.  - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 652.  - - EQT Corp | A | Int./Div. | | | Sold | 02/08/19 | J | | |
| 653.  - - Equifax, Inc. | A | Int./Div. | J | T | | | | | |
| 654.  - - Essex Property Trust REIT | A | Int./Div. | | | Sold | 06/14/19 | J | | |
| 655.  - - Evergy Inc. | A | Int./Div. | J | T | Buy | 11/08/19 | J | | |
| 656.  - - Eversource Energy | A | Int./Div. | J | T | | | | | |
| 657.  - - Fastenal Co. | A | Int./Div. | J | T | | | | | |
| 658.  - - Federal Realty Inv. TR | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 659.  - - FirstEnergy Corp | A | Int./Div. | J | T | | | | | |
| 660.  - - Flir Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 661.  - - Fluor Corp | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 662.  - - FMC Technologies, Inc. | A | Int./Div. | J | T | | | | | |
| 663.  - - Fortune Brands Home & Sec | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664.  - - F5 Networks Inc. | A | Int./Div. | J | T | Buy | 10/03/19 | J | | |
| 665.  - - Gallagher Arthur J & Co | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 666.  - - Gartner Inc. | A | Int./Div. | J | T | | | | | |
| 667.  - -Genuine Parts Co | A | Int./Div. | J | T | Buy | 12/17/19 | J | | |
| 668.  - - Globe Life Inc. | A | Int./Div. | J | T | Buy | 12/17/19 | J | | |
| 669.  - - Grainger WW Inc. | | None | J | T | | | | | |
| 670.  - - Hanesbrands, Inc. | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 671.  - - Harley Davidson | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 672.  - - Harris Corp. | A | Int./Div. | | | Sold | 02/08/19 | J | | |
| 673.  - - Hasbro Inc. | A | Int./Div. | J | T | | | | | |
| 674.  - - HCP Inc. | A | Int./Div. | | | Sold | 03/15/19 | J | | |
| 675.  - - Helmerich & Payne, Inc. | A | Int./Div. | J | T | | | | | |
| 676.  - - Henry Schein Inc. | | None | J | T | | | | | |
| 677.  - - Hormel Foods Corp | A | Int./Div. | J | T | | | | | |
| 678.  - - Host Hotels & Resorts | A | Int./Div. | J | T | | | | | |
| 679.  - - Incyte Corp | | None | J | T | | | | | |
| 680.  - - International Flavors & Fragrances | A | Int./Div. | J | T | Buy | 03/15/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681.  - - Interpublic Group of Companies | A | Int./Div. | J | T | | | | | |
| 682.  - - Iron Mtn Inc | A | Int./Div. | J | T | | | | | |
| 683.  - - Jacobs Energy Group | A | Int./Div. | J | T | | | | | |
| 684.  - - Jefferies Finl | A | Int./Div. | J | T | | | | | |
| 685.  - - Kansas City Southern | | None | | | Sold | 06/05/19 | J | A | |
| 686.  - - KeyCorp New | A | Int./Div. | J | T | | | | | |
| 687.  - - Kimco Realty Corp | A | Int./Div. | J | T | | | | | |
| 688.  - - Kla-Tencor Corp | A | Int./Div. | J | T | | | | | |
| 689.  - - L Brands Inc | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 690.  - - Laboratory Corp America Holdings | | None | J | T | | | | | |
| 691.  - - Lamb Weston Holdings | A | Int./Div. | J | T | | | | | |
| 692.  - - Lincoln National Corp | A | Int./Div. | J | T | | | | | |
| 693.  - - Loews Corp | A | Int./Div. | J | T | | | | | |
| 694.  - - Macerich Co REIT | A | Int./Div. | J | T | | | | | |
| 695.  - - Macy's Inc. | A | Int./Div. | J | T | | | | | |
| 696.  - - Marathon Oil Corp | A | Int./Div. | J | T | | | | | |
| 697.  - - Martin Marietta Materials | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698.  - - Masco Corp | A | Int./Div. | J | T | | | | | |
| 699.  - - Mattel, Inc. | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 700.  - - McCormick & Co. | A | Int./Div. | J | T | | | | | |
| 701.  - - Mettler-Toledo Intl | | None | J | T | | | | | |
| 702.  - - MFB Northern Mid Cap Index Fund | A | Int./Div. | | | Sold | 01/29/19 | M | | |
| 703.  - - MFC IShares TR Russell Mid-Cap ETF | A | Int./Div. | | | Sold | 01/29/19 | K | | |
| 704.  - - Microchip Technology, Inc. | A | Int./Div. | J | T | | | | | |
| 705.  - - Mid-Amer Apt Cmntys Inc. | A | Int./Div. | J | T | | | | | |
| 706.  - - Mohawk Inds Inc. | | None | | | Sold | 08/27/19 | J | | |
| 707.  - - Mosaic Co | A | Int./Div. | | | Sold | 08/27/19 | J | A | |
| 708.  - - Motorola Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 709.  - - Nasdaq, Inc. | A | Int./Div. | J | T | | | | | |
| 710.  - - National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 711.  - - Nektar Therapeutics | | None | | | Sold | 07/22/19 | J | | |
| 712.  - - Newell Brands | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 713.  - - News Corp Com CL A | A | Int./Div. | J | T | | | | | |
| 714.  - - News Corp Com CL B | A | Int./Div. | | | Sold | 11/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715.  - - Newmont Goldcorp (fna Newmont Mining Corp) | A | Int./Div. | J | T | | | | | |
| 716.  - - Nielsen Holdings PLC | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 717.  - - Nisource, Inc. | A | Int./Div. | J | T | | | | | |
| 718.  - - Northern Trust Corp | A | Int./Div. | J | T | | | | | |
| 719.  - - NRG Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 720.  - - Oneok, Inc. | A | Int./Div. | J | T | | | | | |
| 721.  - - Packaging Corp Amer | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 722.  - - Pentair PLC | A | Int./Div. | J | T | | | | | |
| 723.  - - Peoples UTD Financial | A | Int./Div. | J | T | | | | | |
| 724.  - - Perrigo Company Limited | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 725.  - - Price T Rowe Group Inc. | A | Int./Div. | J | T | | | | | |
| 726.  - - Principal Financial Group | A | Int./Div. | J | T | | | | | |
| 727.  - - PVH Corp | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 728.  - - Qorvo Inc. | | None | J | T | | | | | |
| 729.  - - Quanta Svcs | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 730.  - - Quest Diagnostics, Inc. | A | Int./Div. | J | T | | | | | |
| 731.  - - Ralph Lauren Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.   - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 733.   - - Red Hat Inc | | None | | | Sold | 06/14/19 | J | | |
| 734.   - - Regions Financial Corp | A | Int./Div. | J | T | | | | | |
| 735.   - -Robert Half Intl | A | Int./Div. | J | T | | | | | |
| 736.   - -Rockwell Automation | A | Int./Div. | J | T | | | | | |
| 737.   - - Skyworks Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 738.   - - SL Green Realty | A | Int./Div. | J | T | | | | | |
| 739.   - - Smucker JM Co | A | Int./Div. | J | T | | | | | |
| 740.   - - Snap-on, Inc. | A | Int./Div. | J | T | | | | | |
| 741.   - - Stanley Black & Decker | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 742.   - - Symantec Corp | A | Int./Div. | | | Sold | 05/28/19 | J | | |
| 743.   - - Take-Two Interactive Software | | None | | | Sold | 02/08/19 | J | | |
| 744.   - - Tapastry Inc. | A | Int./Div. | J | T | Buy | 03/15/19 | J | | |
| 745.   - -Textron, Inc. | A | Int./Div. | | | Sold | 11/08/19 | J | A | |
| 746.   - - Tiffany & Co. | A | Int./Div. | J | T | | | | | |
| 747.   - -Torchmark Corp | A | Int./Div. | | | Sold | 02/08/19 | J | | |
| 748.   - - Tractor Supply Co. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  - - Tripadvisor, Inc. | | None | | | Sold | 11/08/19 | J | | |
| 750.  - - Under Armour, Inc. | | None | J | T | | | | | |
| 751.  - - Varian Medical Systems Inc. | | None | J | T | | | | | |
| 752.  - - Viacom Inc. New CL B | A | Int./Div. | | | Sold | 03/15/19 | J | | |
| 753.  - - Vornado Realty TR | A | Int./Div. | J | T | Buy | 07/22/19 | J | | |
| 754.  - - Vulcan Materials Co. | A | Int./Div. | J | T | | | | | |
| 755.  - - Unum Group | A | Int./Div. | J | T | Buy | 05/28/19 | J | | |
| 756.  - - Wabtec Corp | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 757.  - - Waters Corp Com | | None | J | T | | | | | |
| 758.  - - Wellcare Health Plans | | None | J | T | Buy | 08/27/19 | J | | |
| 759.  - - Western Digital Corp | A | Int./Div. | | | Sold | 05/28/19 | J | | |
| 760.  - -Western Union Co | A | Int./Div. | | | Sold | 06/14/19 | J | A | |
| 761.  - - Westrock Co. | A | Int./Div. | | | Sold | 06/14/19 | J | | |
| 762.  - - Weyerhaeuser Co | A | Int./Div. | | | Sold | 05/28/19 | J | | |
| 763.  - - Whirlpool Corp | A | Int./Div. | J | T | | | | | |
| 764.  - - Willis Towers Watson PLC | A | Int./Div. | J | T | | | | | |
| 765.  - - Wynn Resorts, Ltd. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. - - Xilinx, Inc. | A | Int./Div. | J | T | | | | | |
| 767. - - Zions Bancorp | A | Int./Div. | J | T | | | | | |
| 768. - - Kontoor Brands | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 769. - - Livent Corp | A | Int./Div. | J | T | Buy | 02/08/19 | J | | |
| 770. - - Capri Holdings Ltd | | None | J | T | Buy | 08/27/19 | J | | |
| 771. - - Healthpeak Properties, Inc. | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 772. - - Truist Financial Corp | A | Int./Div. | J | T | Buy | 11/08/19 | J | | |
| 773. - -MFC Ishares Trust Core S&P Small Cap ETF | A | Int./Div. | | | Sold | 01/29/19 | L | | |
| 774. - -MFO DFA US Small Cap Portfolio | A | Int./Div. | | | Sold | 01/29/19 | L | | |
| 775. - - Teradata Corp | | None | J | T | | | | | |
| 776. - -MFB Northern Intl Equity Index Fund | A | Int./Div. | | | Sold | 01/29/19 | M | | |
| 777. - -MFC FlexShares TR Mornginstar Dev Market Ex US Factor Fd | A | Int./Div. | | | Sold | 01/29/19 | M | | |
| 778. - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | D | Int./Div. | L | T | | | | | |
| 779. - - MFO DFA INtl Small Co Portfolio Fund | A | Int./Div. | | | Sold | 01/29/19 | M | | |
| 780. - -MFO Neuberger Berman Equity Fds Intl Institutional Fund | A | Int./Div. | | | Sold | 01/29/19 | M | | |
| 781. - -MFB Northern Funds Multi-Manager Emerging Mkts Fund | A | Int./Div. | | | Sold | 01/29/19 | K | | |
| 782. - -MFB Northern Funds Emerging Mkts Equity Index Fund | A | Int./Div. | | | Sold | 01/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783.  - - MFC Flexshares TR Morningstar Emerging Mktsfact | A | Int./Div. | | | Sold | 01/29/19 | K | | |
| 784.  - - MFO DFA Invt Dimensions Group, Inc. Emerging Mkts Core | A | Int./Div. | | | Sold | 01/29/19 | K | | |
| 785.  - - APTIV PLC Com | A | Int./Div. | J | T | | | | | |
| 786.  - - Baker Hughes A GE Co | A | Int./Div. | | | Sold | 08/27/19 | J | | |
| 787.  - - CNX Resources | | None | J | T | | | | | |
| 788.  - - Com Alcoa Corp | | None | | | Sold | 03/15/19 | J | A | |
| 789.  - - Enbridge Inc. | A | Int./Div. | J | T | | | | | |
| 790.  - - Equitrans Midstream Corp | | None | | | Sold | 02/08/19 | J | | |
| 791.  - - Linde PLC Com | A | Int./Div. | J | T | | | | | |
| 792.  - - Nvent Electric PLC | A | Int./Div. | J | T | | | | | |
| 793.  - - MFO Blackrock Rds High Yield Portfolio Instl CL | A | Int./Div. | | | Sold | 01/29/19 | L | | |
| 794.  - - Alaska Mun Bd Bk Alaska Mun Bd 5.0% | A | Int./Div. | | | Sold | 07/02/19 | L | | |
| 795.  - -Texas State 5.0%, DUE 10.1.2019 | A | Int./Div. | | | Sold | 05/16/19 | L | | |
| 796.  - - Alpine Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 797.  - - Baltimore Co., MD 4.0% | D | Int./Div. | M | T | Buy | 03/05/19 | M | | |
| 798.  - - Duchesne Cnty Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 799.  - - Florida State 5.0% due 7.1.2020 | C | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  - -University Texas Univ Revs 5.0% | C | Int./Div. | L | T | | | | | |
| 801.  - - Fairfax County VA 5.0%, DUE 10.1.2021 | C | Int./Div. | L | T | | | | | |
| 802.  - - University of Texas Perm Univ Fd 5.0% | C | Int./Div. | L | T | | | | | |
| 803.  - -California State 5.5%., DUE 4.1.2024 | D | Int./Div. | M | T | | | | | |
| 804.  - - Maryland ST 5.0%, DUE 8.1.2024 | B | Int./Div. | | | Sold | 07/09/19 | L | | |
| 805.  - - Metropolitan Tans Auth NY Rev 5.% | C | Int./Div. | L | T | | | | | |
| 806.  - - Clark County Nevada School District 5.0% | C | Int./Div. | L | T | | | | | |
| 807.  - - Bay Area Toll Auth Calif Toll Brdg Rev 2.0% | B | Int./Div. | M | T | | | | | |
| 808.  - - Baltimore Cnty Md 5.0% DUE 2.1.2023 | C | Int./Div. | L | T | | | | | |
| 809.  - - Overland Park, Kansas 5.0% DUE 9.1.2023 | C | Int./Div. | L | T | | | | | |
| 810.  - - Charleston Cnty S C 5.0% DUE 11.1.2025 | D | Int./Div. | L | T | | | | | |
| 811.  - - Washington State 5.0%, DUE 8.1.2025 | C | Int./Div. | L | T | | | | | |
| 812.  - - Washington Subn San Dist MD 5.0% | C | Int./Div. | L | T | Buy | 07/09/19 | L | | |
| 813.  - - Henrico Cnty VA 5.0%, DUE 8.1.2026 | C | Int./Div. | L | T | | | | | |
| 814.  - - New York St Urban Dev | C | Int./Div. | L | T | | | | | |
| 815.  - - North Carolina St REF SER A 5.0% DUE 6.1.26 | C | Int./Div. | L | T | | | | | |
| 816.  - - Collin Cnty Tex 5.0% | D | Int./Div. | M | T | Buy | 02/21/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817.  - - Deschutes Cnty Ore Admin 5.0% | C | Int./Div. | M | T | Buy | 07/10/19 | M | | |
| 818.  - - Maricopa Cnty Ariz Sch Dist No 3 Tempe Elem 5.0% | D | Int./Div. | M | T | Buy | 07/10/19 | M | | |
| 819.  - - Minnesota State 5.0% | C | Int./Div. | M | T | Buy | 08/12/19 | M | | |
| 820.  - - Wisconsin State Trans Rev 5.0% | D | Int./Div. | M | T | Buy | 03/20/19 | M | | |
| 821.  - - Ohio State 5.0% | D | Int./Div. | M | T | Buy | 03/26/19 | M | | |
| 822.  - - New York NY City Trans 1.65% | C | Int./Div. | M | T | Buy | 06/04/19 | M | | |
| 823.  - - San Antonio Tex Wtr Rev 2.625% | C | Int./Div. | M | T | Buy | 02/13/19 | M | | |
| 824.  - - MFB Northern Fds High Yield Muni Fund | A | Int./Div. | | | Sold | 03/28/19 | L | | |
| 825.  - - MFC Flexshares TR IBOXX 3 year target Tips Index Fund | A | Int./Div. | | | Sold | 03/28/19 | L | | |
| 826.  - -MFC Flexshares TR IBOXX 5 year target Tips Index Fund | A | Int./Div. | | | Sold | 03/28/19 | K | | |
| 827.  - -MFB Northern Funds Mun Money Market Fund | B | Int./Div. | M | T | | | | | |
| 828.  - - MFC FlexShares Tr Morningstar Global Upstream Nat Res | A | Int./Div. | | | Sold | 01/29/19 | L | | |
| 829.  - - MFC IShares Gold Trust | A | Dividend | | | Sold | 03/28/19 | J | | |
| 830.  - LTR 2010 TR - Morgan Stanley Inv. Acct (lines 831-859) | | | | | | | | | |
| 831.  - - Morgan Stanley Money Market Account | A | Interest | N | T | | | | | |
| 832.  - - Goldman Sachs Access TRE | B | Int./Div. | L | T | | | | | |
| 833.  - - Ishares Core U.S. Aggregate | C | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.   - - Ishares JP Morgan EM Bond ETF (EMB) | C | Int./Div. | L | T | | | | | |
| 835.   - - IShares S&P Mid-Cap 400 G ETF | B | Int./Div. | M | T | | | | | |
| 836.   - - IShares S&P Small Cap 600 V ETF | B | Int./Div. | M | T | | | | | |
| 837.   - -IShares Short Maturity Bond | C | Int./Div. | M | T | | | | | |
| 838.   - - Ishares Small Cap 600 G ETF (IJT) | B | Int./Div. | M | T | | | | | |
| 839.   - - Janus Henderson Sht Dur | D | Int./Div. | M | T | | | | | |
| 840.   - - JPM Diversified | D | Int./Div. | M | T | | | | | |
| 841.   - - JPMorgan Ultra-Short Inc ETF | C | Int./Div. | M | T | | | | | |
| 842.   - - Pacer Trendpilot US Large Cap | A | Int./Div. | | | Sold | 03/08/19 | M | | |
| 843.   - - Proshares TR S&P 500 DV ARIST (NOBL) | C | Int./Div. | M | T | Buy | 05/14/19 | M | | |
| 844.   - - Vanguard Growth ETF | C | Int./Div. | N | T | | | | | |
| 845.   - - Vanguard Index Fds S&P 500 ETF (V00) | D | Int./Div. | N | T | | | | | |
| 846.   - - Vanguard Mid Cap Value ETF (VOE) | C | Int./Div. | M | T | | | | | |
| 847.   - - Vanguard REIT ETF | C | Int./Div. | L | T | | | | | |
| 848.   - - Victoryshares US Larg Cap H | D | Int./Div. | N | T | | | | | |
| 849.   - -Chicago Ill Genl Oblig Proj & Ref Ser-A | C | Interest | M | T | | | | | |
| 850.   - - Allegheny Cnty PA Genl Oblig | D | Interest | | | Sold | 11/01/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 851. - - Nevada State Sys of Higher Edu Univ Rev Ser-A | A | Interest | | | Sold | 01/02/19 | L | | |
| 852. - - Wisconsin St Health & Edl Facs Auth Rev B-3 Marquette U | D | Interest | | | Sold | 12/23/19 | M | | |
| 853. - - Blackstone Alt Mult-Strat Inst (BXMIX) | C | Int./Div. | M | T | | | | | |
| 854. - - Catalyst Millburn HGD Strat I | C | Int./Div. | L | T | | | | | |
| 855. - - First Eagle Global I | C | Int./Div. | N | T | | | | | |
| 856. - - Franklin K-2 Alternative Strtgs ADV | B | Int./Div. | M | T | Buy | 02/05/19 | M | | |
| 857. - - Harding Loevner INtl Eqty Inst (HLMIX) | D | Int./Div. | N | T | | | | | |
| 858. - - Janus Flexible Bond I (JFLEX) | D | Int./Div. | M | T | Buy | 02/05/19 | M | | |
| 859. - - Virtus Insight Emerg Mkts I (HIEMX) | C | Int./Div. | M | T | | | | | |
| 860. L Fam TR fbo BW (H) | | | | | | | | | |
| 861. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 862. - - Wells Fargo checking account (fna Wachovia) | | None | J | T | | | | | |
| 863. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 864. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | U | | | | | |
| 865. - UBS Acct #1 (H) | | | | | | | | | |
| 866. - - Clearbridge Aggresive Growth Fund | A | Int./Div. | | | Sold | 04/23/19 | J | A | |
| 867. - - Fidelity Advisor New Insights Fund Class I | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868.  - - Smead Value Fund | D | Int./Div. | K | T | | | | | |
| 869.  - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 870.  - - Alphabet Inc. CL A | A | Int./Div. | J | T | | | | | |
| 871.  - - Alphabet Inc. CL C | A | Int./Div. | J | T | | | | | |
| 872.  - - Amazon.Com Inc | A | Int./Div. | K | T | | | | | |
| 873.  - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 874.  - - Berkshire Hathaway, Inc. | A | Int./Div. | K | T | | | | | |
| 875.  - - Canopy Growth Corp | A | Int./Div. | | | Sold | 07/08/19 | J | C | |
| 876.  - - Citizens Financial Group | A | Int./Div. | | | Sold | 04/23/19 | J | | |
| 877.  - - Facebook Inc. CL A | A | Int./Div. | K | T | | | | | |
| 878.  - - Ferrari NV New EUR | A | Int./Div. | J | T | | | | | |
| 879.  - - GW Pharmaceuticals | A | Int./Div. | J | T | | | | | |
| 880.  - - Lululemon Athletica Inc. | A | Int./Div. | J | T | Buy | 05/09/19 | J | | |
| 881.  - - LVMH Moet Hennessy Louis | A | Int./Div. | J | T | | | | | |
| 882.  - - Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 883.  - - Nike Inc., CL B | A | Int./Div. | J | T | | | | | |
| 884.  - - Smile Direct Club Inc. | A | Int./Div. | K | T | Buy | 09/12/19 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  - - Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 886.  - - Twilio Inc. | A | Int./Div. | J | T | | | | | |
| 887.  - - Visa Inc. | A | Int./Div. | J | T | | | | | |
| 888.  - - Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 889.  - UBS Acct #2 (H) | | | | | | | | | |
| 890.  - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 891.  - - Accenture PLC Ireland | A | Int./Div. | J | T | | | | | |
| 892.  - - American Electric Power | | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 893.  - - Blackrock Inc. | A | Int./Div. | J | T | | | | | |
| 894.  - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 895.  - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 896.  - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 897.  - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 898.  - - Crane Co | A | Int./Div. | J | T | | | | | |
| 899.  - - Diageo PLC | A | Int./Div. | J | T | | | | | |
| 900.  - - Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 901.  - - Intel Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902.  - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 903.  - - JPMorgan Chase & Co | A | Int./Div. | J | T | | | | | |
| 904.  - - Linde PLC Eur | A | Int./Div. | J | T | | | | | |
| 905.  - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 906.  - - Marsh & McLennan Cos | A | Int./Div. | J | T | | | | | |
| 907.  - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 908.  - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 909.  - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 910.  - - Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |
| 911.  - - Novartis AG | A | Int./Div. | J | T | | | | | |
| 912.  - - Proctor & Gamble | A | Int./Div. | J | T | Buy | 02/04/19 | J | | |
| 913.  - - Republic Services Inc. | A | Int./Div. | J | T | | | | | |
| 914.  - - Rockwell Automation Inc. | A | Int./Div. | J | T | | | | | |
| 915.  - - Suncor Energy Inc. | A | Int./Div. | J | T | | | | | |
| 916.  - -SunTrust Banks Inc. | A | Int./Div. | | | Sold | 06/27/19 | J | | |
| 917.  - - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 918.  - - Trust Financial Corp | A | Int./Div. | J | T | Buy | 02/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919. - - Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 920. - - United Technologies | A | Int./Div. | J | T | | | | | |
| 921. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 922. L Fam TR fbo FW (H) | | | | | | | | | |
| 923. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 924. - - Wells Fargo checking account (fna Wachovia) | | None | J | T | | | | | |
| 925. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 926. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | | | | | |
| 927. Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 928. Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 929. Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 930. Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 931. W Fam Foundation, Director and President (H) | | | | | | | | | |
| 932. - - Raymond James Bank Dep Program | A | Interest | J | T | | | | | |
| 933. - - American Beacon Sound Point FLTG Rate Inc | A | Int./Div. | | | Sold | 03/04/19 | J | | |
| 934. - - Blackrock Strategic Inc. Opportunites Port Instl | B | Int./Div. | K | T | | | | | |
| 935. - - BMO Low Volatility Equity Fund Class A | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936.  - - Carillon Eagle Mid Cap Growth Fund Class I | | None | K | T | | | | | |
| 937.  - - Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 938.  - - Nuveen Santa Barbara Growth A | A | Int./Div. | L | T | | | | | |
| 939.  - -Osterweis Strat Income Fund | B | Int./Div. | K | T | | | | | |
| 940.  - - MFS International Growth FUnd Class I N/L | A | Int./Div. | K | T | | | | | |
| 941.  - - TWC Emerging Markets Income Fund Class I N/L | A | Int./Div. | J | T | Buy | 10/22/19 | J | | |
| 942.  - - Parnassus Core Euqity Fund Investor Class N/L | A | Int./Div. | K | T | | | | | |
| 943.  R Fam. Foundation, Director (H) | | | | | | | | | |
| 944.  - - Fidelity 500 Index Fund | A | Int./Div. | K | T | | | | | |
| 945.  - - Health Care Select Sector | A | Int./Div. | J | T | Buy | 11/19/19 | J | | |
| 946.  - - Invesco QQQ TR UnitSer1 | A | Int./Div. | J | T | | | | | |
| 947.  - - Parnassus Core Equity Fund | A | Int./Div. | J | T | | | | | |
| 948.  - - Primecap Odyssey Stock Fund | A | Int./Div. | K | T | | | | | |
| 949.  - - SIT MUT FDS Inc Dividend Growth | A | Int./Div. | K | T | | | | | |
| 950.  - - SPDR S&P Oil & Gas Exp & PR | A | Int./Div. | J | T | | | | | |
| 951.  - - Vanguard Mid-Cap ETF | A | Int./Div. | K | T | | | | | |
| 952.  - - Artisan Intl Value Fund - Inv | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953.  - - Matthews Asia Dividend Inst | A | Int./Div. | | | Sold | 02/25/19 | K | A | |
| 954.  - - IShares Core MSCI Emerging | A | Int./Div. | J | T | | | | | |
| 955.  - - Dodge & Cox International Stock | A | Int./Div. | J | T | | | | | |
| 956.  - - Fidelity International Index Fund | A | Int./Div. | J | T | | | | | |
| 957.  - - Oakmark International - Inst | A | Int./Div. | K | T | | | | | |
| 958.  - - IShares Inc MSCI Japan New | A | Int./Div. | J | T | Buy<br>(add'l) | 10/29/19 | J | | |
| 959.  - - IShares MSCI China ETF | A | Int./Div. | J | T | Buy | 04/04/19 | J | | |
| 960.  - - Ishares MSCI India ETF | A | Int./Div. | K | T | | | | | |
| 961.  - -Neuberger Ber GR China EQ-IS | A | Int./Div. | | | Sold | 08/20/19 | J | | |
| 962.  - - Vaneck Vectors Gold Miners ETF | A | Int./Div. | J | T | | | | | |
| 963.  - - AQR Equity Market Neutral - R6 | A | Int./Div. | | | Sold | 04/22/19 | K | | |
| 964.  - - Blackstone Alt Multi-Strat Y | A | Int./Div. | K | T | | | | | |
| 965.  - - CRM Long/Short Opportunities Fund | | None | J | T | | | | | |
| 966.  - - Diamond Hill Long/Short-I | | None | J | T | | | | | |
| 967.  - - Neuberger Berman Long SH-INS | | None | J | T | | | | | |
| 968.  - - The Arbitrage Fd-I | A | Int./Div. | J | T | | | | | |
| 969.  - - Prudential Global Real Est-Z | A | Int./Div. | | | Sold | 02/01/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970.  - - Tortoise MLP & Pipeline -Inst | A | Int./Div. | K | T | | | | | |
| 971.  - - IShares Gold Trust | A | Int./Div. | J | T | | | | | |
| 972.  - - Doubleline Total Ret Bond | A | Int./Div. | J | T | | | | | |
| 973.  - - JPMorgan Managed Income | A | Int./Div. | J | T | | | | | |
| 974.  - - Dodge & Cox Income Fund | A | Int./Div. | J | T | | | | | |
| 975.  - -Pimco Total Return FD-INST | A | Int./Div. | J | T | Buy | 01/28/19 | J | | |
| 976.  - - Vanguard Total Bond Market Index | A | Int./Div. | J | T | Buy | 02/01/19 | J | | |
| 977.  - - Schwab U.S. Tips ETF | A | Int./Div. | J | T | | | | | |
| 978.  - - Vanguard Total Bond Market Index Fund | A | Int./Div. | K | T | | | | | |
| 979.  Brokerage Acct #10 (Baird) (H) | | | | | | | | | |
| 980.  - - Money Market Fund | A | Dividend | K | T | | | | | |
| 981.  - - Amgen, Inc. | D | Dividend | N | T | | | | | |
| 982.  - - Apple, Inc. | B | Dividend | M | T | | | | | |
| 983.  - - Automatic Data Processing | D | Dividend | O | T | | | | | |
| 984.  - - Berkshire Hathaway Inc. Del CL A Fmly Common | | None | O | T | | | | | |
| 985.  - - Boswell JG CO Com | C | Dividend | M | T | | | | | |
| 986.  - - Bristol Myers Squibb | D | Dividend | | | Sold | 08/27/19 | L | F | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. - - Broadridge Financial Solutions | D | Dividend | N | T | | | | | |
| 988. - - Brown-Forman Corp CL B | A | Dividend | | | Sold | 04/18/19 | L | E | |
| 989. - - Walt Disney Co. | C | Dividend | N | T | | | | | |
| 990. - - Exxon Mobil Corp | D | Dividend | | | Sold | 08/27/19 | M | D | |
| 991. - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 992. - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |
| 993. - - Microsoft Corp. | D | Dividend | O | T | | | | | |
| 994. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 995. - - Novo-Nordisk AS ADR | C | Dividend | | | Sold | 04/04/19 | M | F | |
| 996. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 997. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 998. - - Paychex, Inc. | D | Dividend | N | T | | | | | |
| 999. - - Raytheon Co. New | D | Dividend | N | T | | | | | |
| 1000. - - Royal Dutch Shell PLC Spons ADR<br>Repstg B SHS | B | Dividend | | | Sold | 04/18/19 | M | F | |
| 1001. - - US Bancorp DE | C | Dividend | | | Sold | 04/24/19 | M | F | |
| 1002. - - Ventas, Inc. | D | Dividend | | | Sold | 11/22/19 | M | E | |
| 1003. - - WTB Finl Corp CMT CL B COM Non<br>Vtg | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1004. - - Welltower, Inc. (name change from Health Care Reit) | D | Dividend | M | T | | | | | |
| 1005. - -XYLEM, Inc. | C | Dividend | N | T | | | | | |
| 1006. - - Baird Chautauqua Intl Growth Instl CL | A | Dividend | M | T | | | | | |
| 1007. - -Ann Arbor Mich Trans FDR REF | B | Interest | M | T | | | | | |
| 1008. - -Benton Cnty, Wash GO Ser 2003 | D | Interest | M | T | | | | | |
| 1009. - -Georgia State GO BDS Ser 2007 | C | Interest | M | T | | | | | |
| 1010. - - King Cnty, Wash Ltd Tax GO | D | Interest | N | T | | | | | |
| 1011. - - Oregon State Dept Trans | C | Interest | M | T | | | | | |
| 1012. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | | | | | |
| 1013. - - King Co Washington Sch Dist No 411 | D | Interest | | | Sold | 12/02/19 | N | | |
| 1014. - - North Thurston Pub Schls Washington GO Ref Bds | C | Interest | | | Sold | 12/02/19 | L | | |
| 1015. - - Overland Park KS Internal | C | Interest | M | T | | | | | |
| 1016. - - Columbus, Ohio Various Purpose Series A | D | Interest | M | T | | | | | |
| 1017. - - Seattle, Wash GO Impt Bds | C | Interest | M | T | | | | | |
| 1018. - -Houston, TX Indpt Sch Dist RFDG Ser A | D | Interest | M | T | | | | | |
| 1019. - - King Cnty WA Sch Dist 411 Issaquah Rfdg B/E | B | Interest | L | T | | | | | |
| 1020. - - Maryland State St & Local FAC | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - - Bloomfield Hills MI Schs Dist | C | Interest | M | T | | | | | |
| 1022. - - Livingston Co MI RFDG | D | Interest | N | T | | | | | |
| 1023. - - Alpine, UT Sch Dist Bld Ser B | D | Interest | M | T | | | | | |
| 1024. - -Ann Arbor, MI Sch Dist | C | Interest | M | T | | | | | |
| 1025. - - Raleigh NC Rfdg Ser A | B | Interest | L | T | | | | | |
| 1026. - - Tacoma, WA RfDG Ltd Tax | B | Interest | K | T | | | | | |
| 1027. - - Birmingham, MI RFDG B/E PTC | C | Interest | L | T | | | | | |
| 1028. - - King Co. WA School Dist 415 Ken B/E | A | Interest | K | T | | | | | |
| 1029. - - Parker Co. TX B/E PTC | B | Interest | K | T | | | | | |
| 1030. - - Seattle WA Drain & Wstwtr Rev RFDG | A | Interest | K | T | | | | | |
| 1031. - - Michigan State FFDG Grant ANTIC Rev | A | Interest | K | T | Buy | 12/16/19 | K | | |
| 1032. - - Traverse City, MI Area Pub Schs Sch Bld & Site | A | Interest | K | T | Buy | 12/16/19 | K | | |
| 1033. - - Michigan State RFDG Envmttl PG Ser B | B | Interest | K | T | Buy | 09/27/19 | K | | |
| 1034. - - Lansing, MI RFDG B/E | D | Interest | M | T | Buy | 04/24/19 | M | | |
| 1035. - - Wyoming, MI WTR SPLY SYS | D | Interest | M | T | Buy | 12/06/19 | M | | |
| 1036. - - Plymouth Canton MI Cmnty Sch Dist | B | Interest | L | T | Buy | 04/26/19 | L | | |
| 1037. - - Lansing, MI Brd Wtr & LT Util Sys | D | Interest | M | T | Buy | 09/03/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. - - Adams Cnty WA JT CONS SCH Dist | B | Interest | L | T | Buy | 04/08/19 | L | | |
| 1039. - - Farmington Hills, MI CAP IMPT B/E | C | Interest | M | T | Buy | 12/06/19 | M | | |
| 1040. - - Oakland CNTY MI Evergreen Farmington SWR DISP SYS | B | Interest | L | T | Buy | 04/26/19 | L | | |
| 1041. - - Kalamazoo Cnty MI Juvenile Home FACS | D | Interest | M | T | Buy | 04/26/19 | M | | |
| 1042. - - Sterling Hts MI CAP IMPT | A | Interest | K | T | Buy | 06/26/19 | K | | |
| 1043. - - West Ottawa, MI Pub SCH DIST BLDG SITE | D | Interest | M | T | Buy | 09/03/19 | M | | |
| 1044. - - Shoreline Fire Dept WA King CNTY B/E | B | Interest | L | T | Buy | 04/08/19 | L | | |
| 1045. - - East Lansing, MI Sch Dist RFDG | A | Interest | K | T | Buy | 05/23/19 | K | | |
| 1046. - - Southfield MI Water & Sewer CAP Impt | C | Interest | M | T | Buy | 12/06/19 | M | | |
| 1047. - - Tacoma, WA RFDG B/E | B | Interest | K | T | Buy | 04/08/19 | K | | |
| 1048. - - Davenport IA Corp | B | Interest | L | T | Buy | 04/08/19 | L | | |
| 1049. - - Durham Cnty NC | C | Interest | M | T | Buy | 11/22/19 | M | | |
| 1050. - - Federal Way WA Ser A B/E | C | Interest | M | T | Buy | 12/11/19 | M | | |
| 1051. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 1052. - - BOFA Tax Exempt Reserves | D | Interest | O | T | | | | | |
| 1053. - - Ishares Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 1054. - - CEF Ishares Core S&P Small Cap | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1055. - - IShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 1056. - - Ishares Core MISCI Emerging Markets | B | Dividend | K | T | | | | | |
| 1057. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 1058. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | | | Sold | 09/26/19 | N | | |
| 1059. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | | | | | |
| 1060. - - Maryland State GO BDS State and Local Fasc | C | Interest | M | T | | | | | |
| 1061. - - Virginia College Bldg Auth VA REV BDS | C | Interest | M | T | | | | | |
| 1062. - -Massashusetts State GO BDS | B | Interest | L | T | | | | | |
| 1063. - - Orange Cnty Fla Tourist Dev | B | Interest | L | T | | | | | |
| 1064. - - Orange Cnty NC Ltd Oblig Bds | B | Interest | L | T | | | | | |
| 1065. - - Santa Fe Texas Indpt Sch Dist | B | Interest | L | T | | | | | |
| 1066. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |
| 1067. - - Sedgwick County Kansas Sch Dist Bd | D | Interest | M | T | | | | | |
| 1068. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | | | Sold | 12/02/19 | N | | |
| 1069. - - State Univ Iowa Rev Recreational Facs Rev | D | Interest | M | T | | | | | |
| 1070. - - Montgomery Cnty MD REV REF REV BDS | B | Interest | L | T | Buy | 05/08/19 | L | | |
| 1071. - - Ohio State Cultural & Sports CAP Lease | B | Interest | L | T | Buy | 05/16/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - - Larimer Cnty CO Sch Dist NO GO REF BDS | B | Interest | L | T | Buy | 06/27/19 | L | | |
| 1073. - - Oshkosh WIS SWR SYS REV | B | Interest | L | T | Buy | 07/16/19 | L | | |
| 1074. - - Allegheny Cnty PA GO REF BDS | B | Interest | L | T | Buy | 05/13/19 | L | | |
| 1075. - - WELD Cnty CO School Distr | C | Interest | M | T | Buy | 12/30/19 | M | | |
| 1076. - - Oak Creek-Franklin WIS JT SCH GO IMPT BLDG BDS | C | Interest | M | T | Buy | 12/23/19 | M | | |
| 1077. - - Washington State GO REF BDS | B | Interest | L | T | Buy | 05/13/19 | L | | |
| 1078. - - Gainesville, FL UTIL SYS REV | B | Interest | L | T | Buy | 05/13/19 | L | | |
| 1079. - -Connecticut State GO BDS | C | Interest | M | T | Buy | 01/07/19 | M | | |
| 1080. - - Franklin Ftlg Rate Daily Access | D | Dividend | M | T | | | | | |
| 1081. - - Boston Partners Long/Short Resh Fund Instl CL | A | Int./Div. | | | Sold | 04/25/19 | M | | |
| 1082. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 1083. - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 1084. - - Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 1085. - - AT&T | A | Dividend | J | T | | | | | |
| 1086. - - Boeing Co | A | Dividend | J | T | | | | | |
| 1087. - - Chevron Corp | A | Dividend | J | T | | | | | |
| 1088. - - Chubb Ltd | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. - - Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 1090. - - Conoco Philips | A | Dividend | J | T | | | | | |
| 1091. - - Corning, Inc. | A | Dividend | J | T | | | | | |
| 1092. - - DowDupont, Inc. (fna DuPont EI De Nemours & Co.) | A | Dividend | J | T | | | | | |
| 1093. - - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 1094. - - Intel Corp | A | Dividend | J | T | | | | | |
| 1095. - - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 1096. - - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 1097. - - Kimberly Clark | A | Dividend | J | T | | | | | |
| 1098. - - Lilly Eli & Co | A | Dividend | J | T | | | | | |
| 1099. - -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 1100. - - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 1101. - -Morgan Stanley | A | Dividend | J | T | Buy | 12/11/19 | J | | |
| 1102. - - Nextera Energy | A | Dividend | J | T | | | | | |
| 1103. - - Philip Morris Intl | A | Dividend | J | T | | | | | |
| 1104. - - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 1105. - - Raytheon Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1106. - - SunTrust Banks Inc. | A | Dividend | | | Sold | 04/29/19 | J | | |
| 1107. - - Target Corp | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 1108. - - Travelers Cos, Inc. | A | Dividend | J | T | | | | | |
| 1109. - - Truist Financial Corp | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 1110. - - Wallgreens Boots Alliance, Inc. | A | Dividend | J | T | | | | | |
| 1111. - - Wells Fargo & Co New Com | A | Dividend | J | T | | | | | |
| 1112. - - 3M Co. | A | Dividend | J | T | | | | | |
| 1113. - -Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 1114. - - BCE Inc New | A | Dividend | J | T | | | | | |
| 1115. - - Diagio PLC | A | Dividend | J | T | | | | | |
| 1116. - - HSBC Holdings | A | Dividend | J | T | | | | | |
| 1117. - - Johnson Controls Intl PLC | A | Dividend | J | T | | | | | |
| 1118. - - Novartis AG | A | Dividend | J | T | | | | | |
| 1119. - -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 1120. - - Siemens AG | A | Dividend | J | T | | | | | |
| 1121. - - Unilever NV | A | Dividend | J | T | | | | | |
| 1122. - - HCP Reit | A | Dividend | | | Sold | 04/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1123. - - Healthpeak Pptys Inc. | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 1124. - - Welltower, Inc. REITS | A | Dividend | J | T | | | | | |
| 1125. - Brokerage Account #11 US Trust Sub-<br>Acct C (H) | | | | | | | | | |
| 1126. - - BOFA Tax Exempt Fund | A | Int./Div. | J | T | | | | | |
| 1127. - - Abiomed, Inc. | | None | | | Sold | 04/29/19 | J | | |
| 1128. - - Activision Blizzard, Inc. | A | Dividend | J | T | | | | | |
| 1129. - - Alibaba Group Hldg Ltt | | None | J | T | | | | | |
| 1130. - - Alphabet, Inc., Class C | | None | K | T | | | | | |
| 1131. - - Amazon | | None | K | T | | | | | |
| 1132. - - Booking Holdings Inc. | | None | | | Sold | 04/29/19 | J | | |
| 1133. - - Burlington Stores, Inc. | | None | J | T | | | | | |
| 1134. - - Canopy Growth Corp | | None | | | Sold | 01/30/19 | J | | |
| 1135. - - CSX Corp | | None | | | Sold | 01/17/19 | J | | |
| 1136. - - CME Group, Inc. | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 1137. - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 1138. - - Facebook, Inc. | | None | K | T | | | | | |
| 1139. - - Grubhub, Inc. | | None | | | Sold | 03/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140. - - Illumina Inc. | | None | J | T | | | | | |
| 1141. - - Keysight Technologies, Inc. | | None | J | T | | | | | |
| 1142. - - Lululemon Atchletica Inc. | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 1143. - - Marketaxess Holdings Inc. | A | Int./Div. | | | Sold | 01/17/19 | J | | |
| 1144. - - Monster Beverage Corp | A | Dividend | | | Sold | 01/07/19 | K | | |
| 1145. - - Nvidia Corp | A | Dividend | J | T | | | | | |
| 1146. - - Paypal Holdings, Inc. | | None | J | T | | | | | |
| 1147. - - PTC Inc. | | None | | | Sold | 04/29/19 | J | | |
| 1148. - - Salesforce, com | | None | J | T | | | | | |
| 1149. - - Schwab Charles Corp New | A | Dividend | | | Sold | 04/29/19 | J | | |
| 1150. - - Alexion Parmaceuticals, Inc. | | None | | | Sold | 08/08/19 | J | | |
| 1151. - - Union Pac Corp | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 1152. - - Unitedhealth Group, Inc. | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 1153. - - Veeva Sys Inc. Cl A | | None | J | T | Buy | 01/17/19 | J | | |
| 1154. - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 1155. - - Workday Inc. | | None | J | T | Buy | 06/17/19 | J | | |
| 1156. - - Zoetis, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1157. - - Costar Group Inc. | | None | J | T | Buy | 06/13/19 | J | | |
| 1158. - - EPAM Sys Inc. | | None | J | T | Buy | 03/28/19 | J | | |
| 1159. - - MSCI Inc. | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 1160. - - Proofpoint Inc. | | None | J | T | Buy | 09/17/19 | J | | |
| 1161. - - Ulta Salon Cosmetics | | None | J | T | | | | | |
| 1162. - - Align Technology, Inc. | | None | | | Sold | 04/29/19 | J | | |
| 1163. - - First Rep Bank San Francisco, CA | A | Dividend | | | Sold | 04/29/19 | J | | |
| 1164. - - ServiceNow, Inc. | | None | J | T | | | | | |
| 1165. - - XPO Logistics Inc. | | None | | | Sold | 02/20/19 | J | | |
| 1166. LTR 2018-2 TR (H) | | | | | | | | | |
| 1167. - Morgan Stanley Money Fund | A | Interest | J | T | | | | | |
| 1168. - - Texas State | A | Interest | K | T | Buy | 02/07/19 | K | | |
| 1169. - -Wauwatosa Wis Sch Dist Ser-B | C | Interest | L | T | Buy | 01/29/19 | L | | |
| 1170. - - Nevada State Hwy Impt Rev | B | Interest | K | T | Buy | 02/12/19 | K | | |
| 1171. - -Orlando, FL Utils Commn Util Sys Rev Ref-A | B | Interest | K | T | Buy | 02/26/19 | K | | |
| 1172. - - Honolulu Hawaii City & Cnty Brd Wtr Supp | C | Interest | L | T | Buy | 02/01/19 | L | | |
| 1173. - - Honolulu Hawaii City & Cnty Wastewtr Sys Rev-B | B | Interest | K | T | Buy | 02/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1174. - - Sarasota Cnty Fla Infrastrucure Sales Surtax | B | Interest | L | T | Buy | 02/21/19 | L | | |
| 1175. - - Ohio State Mental Health CAP Facs Lease Appropriation | B | Interest | K | T | Buy | 02/15/19 | K | | |
| 1176. - - El Paso, TX Water & Swr Rev Ref ID | A | Interest | K | T | Buy | 02/12/19 | K | | |
| 1177. - - Midland, TX Rev | C | Interest | L | T | Buy | 02/13/19 | L | | |
| 1178. - - Canyon Tex Indpt Sch Dist Bldg Ref | C | Interest | L | T | Buy | 01/28/19 | L | | |
| 1179. - - Washington St Genl Oblig Ser D | C | Interest | L | T | Buy | 02/05/19 | L | | |
| 1180. - - Wisconsin St Genl Oblig Ref-4 | B | Interest | L | T | Buy | 02/12/19 | L | | |
| 1181. - - Energy Northwest Wash Elec Rev Ref-A | C | Interest | L | T | Buy | 01/25/19 | L | | |
| 1182. - - Maricopa Cnty Ariz Sch Dist No 214 Tolles Un High Impt | B | Interest | L | T | Buy | 02/08/19 | L | | |
| 1183. - - Hawaii St Genl Oblig Ref-EZ | C | Interest | L | T | Buy | 02/05/19 | L | | |
| 1184. - - Florida St Detp Transn Fed Hwy Reimbursement Rev-A | B | Interest | K | T | Buy | 12/02/19 | K | | |
| 1185. - - Colorado St. Bldg Excellent Sch S Today CTFS Partn Rev | C | Interest | L | T | Buy | 01/31/19 | L | | |
| 1186. - - New York St Dorm Auth Sales Tax Rev St Supported Debt | B | Interest | L | T | Buy | 02/11/19 | L | | |
| 1187. 529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | M | T | | | | | |
| 1188. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 1189. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 1190. Brokerage Acct #13 Merrill Lynch (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1191. - - CMA Funds | A | Interest | K | T | | | | | |
| 1192. - - Blackrock Muni, Inc. | B | Dividend | K | T | | | | | |
| 1193. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 1194. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 1195. - - MS Focus Growth Fd A | | | | | | | | | |
| 1196. Home Properties, LLC (Oak Park, MI) | F | Rent | N | R | | | | | |
| 1197. - - Real Property Oak Park Michigan | | | | | | | | | |
| 1198. Well Zoo (Equity Interest) | | None | K | T | | | | | |
| 1199. RCF Telecom (Membership Interest) | | None | K | T | | | | | |
| 1200. Unit 610, LLC (Membership Interest)<br>Snowmass, Colorado | E | Rent | M | R | | | | | |
| 1201. HBF Investments, LLC (Membership<br>Interest) condominium compl | E | Distribution | M | T | | | | A | |
| 1202. The Pickle Recipe, LLC | | None | J | U | | | | | |
| 1203. Grosvenor Multi-Strategy Fund, L.P. | D | Int./Div. | P1 | T | | | | | |
| 1204. Membership Interest in Clay School<br>Building, LLC | | None | J | U | | | | | |
| 1205. Promissory Note - Clay School Building,<br>LLC | | None | P1 | U | | | | | |
| 1206. Digerati | | None | L | T | | | | | |
| 1207. Membership interest in White Levin<br>Ventures LLC * | | None | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1208. WWLFAP, LLC (H) | | | | | | | | | |
| 1209. - - Artwork: Rudolph Stingel Painting: untitled | | None | P1 | W | | | | | |
| 1210. - - Artwork: George Condo Painting: Blue Expanding | | None | P1 | W | | | | | |
| 1211. - - Artwork: Albert Oehlen Painting: Gestohlenes Zeug | | None | P1 | W | | | | | |
| 1212. - - Artwork: George Condo Painting: Coversations | | None | P1 | W | | | | | |
| 1213. - - Artwork: George Baselitz: Auf dem Berge, spitz | | None | P1 | W | | | | | |
| 1214. - - Artwork: Wade Guyton Painting: untitled | | None | O | W | | | | | |
| 1215. - - Artwork: Hiquily Sculpture | | None | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Line 1207 - White Levin Ventures, LLC (inadvertently not previously reported)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Helene N. White**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544